UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Le'Mon Davis,
Lisa E Davis,

DEBTORS.
_____/

CHAPTER 13
CASE NO. 24-41932-LSG
JUDGE LISA S. GRETCHKO

## TRUSTEE'S OBJECTION TO MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF NON-BANKRUPTCY ATTORNEY (ECF NO. 26)

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the debtors' Motion, and in support thereof states as follows:

1. The Trustee objects as the proposed order fails to identify attorney Benjamin J. Wilensky (P75302) of Summer Schwartz PC as being hired to represent the Davis' for a "FELA" claim.

2. The Trustee objects to the provision in Debtor Counsel's retainer agreement, Exhibit B, page 2, regarding changing attorneys after the firm has been retained – specifically the language stating that "the FIRM" shall be reimbursed at the time all advanced costs than outstanding and 33.3% of the highest offer at that time, or a portion of the ultimate fee obtained based on the contribution made by the FIRM, whichever is greater.

3. The Trustee objects as the proposed order states that the Debtors will file a motion seeking approval of any settlement; however, the proposed order is silent as to this Court's approval of Counsel's compensation.

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court deny the relief requested by the debtors and grant any further and other relief as this Court deems equitable and just.

                              OFFICE OF DAVID WM. RUSKIN,
                              STANDING CHAPTER 13 TRUSTEE

Dated: April 23, 2024       By: /s/ Christopher P. Reilly
                              DAVID Wm. RUSKIN (P26803), Trustee
                              Christopher P. Reilly (P54168), Staff Attorney
                              Michelle M. Stephenson (P51653), Staff Attorney
                              26555 Evergreen Road, Suite 1100
                              Southfield, MI 48076-4251
                              (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Le'Mon Davis,
Lisa E Davis,

DEBTORS.
_____/

CHAPTER 13
CASE NO. 24-41932-LSG
JUDGE LISA S. GRETCHKO

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF NON-BANKRUPTCY ATTORNEY (ECF NO. 26)

I hereby certify that on April 23, 2024, I electronically filed the TRUSTEE'S OBJECTION TO MOTION FOR ORDER AUTHORZING EMLOYMENT OF NON-BANKRUPTCY ATTORNEY (ECF NO. 26) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

> CONSUMER PROTECTION ATTORNEYS OF MICHIGAN PLLC
> 23000 TELEGRAPH RD STE 5
> BROWNSTOWN, MI 48134-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

> Le'Mon Davis
> Lisa E Davis
> 22809 Beech Daly Rd
> Brownstown, MI 48134-0000

/s/ Vanessa Wild
Vanessa Wild
For the Office of David Wm. Ruskin,
Chapter 13 Standing Trustee-Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755