Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 24−41932−lsg
Chapter: 13
Judge: Lisa S. Gretchko

In Re: (NAME OF DEBTOR(S))
Le'Mon Davis
22809 Beech Daly Rd
Brownstown, MI 48134

Lisa E Davis
22809 Beech Daly Rd
Brownstown, MI 48134

Social Security No.:
xxx−xx−6880

xxx−xx−9553

Employer's Tax I.D. No.:

## NOTICE OF HEARING IN−PERSON

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*25* − Application to Employ Benjamin J. Wilensky of Sommers Schwartz, P.C., as Attorney for FRSA claim Filed by Debtor Le'Mon Davis, Joint Debtor Lisa E Davis (Yaldou, Bryan)

*26* − Application to Employ Benjamin J. Wilensky of Sommers Schwartz, P.C., as Attorney for FELA claim Filed by Debtor Le'Mon Davis, Joint Debtor Lisa E Davis (Yaldou, Bryan)

will be held on: 5/9/24 at 10:00 AM at Courtroom 1975, 211 West Fort St., Detroit, MI 48226

Dated: 4/24/24

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:  Case No. 24-41932-lsg
Le'Mon Davis  Chapter 13
Lisa E Davis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: admin     Page 1 of 2
Date Rcvd: Apr 24, 2024     Form ID: nthrgBK     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Le'Mon Davis, Lisa E Davis, 22809 Beech Daly Rd, Brownstown, MI 48134-9589 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Yaldou | on behalf of Joint Debtor Lisa E Davis bryan.yaldou@gmail.com consumerprotectionattorneysmi@gmail.com;YaldouBR93688@notify.bestcase.com |
| Bryan Yaldou | on behalf of Debtor Le'Mon Davis bryan.yaldou@gmail.com consumerprotectionattorneysmi@gmail.com;YaldouBR93688@notify.bestcase.com |
| Christopher P. Reilly | on behalf of Trustee David Wm Ruskin chris.reilly@det13.com |
| David Wm Ruskin | ecf-emails@det13.com |
| Michael P. Hogan | on behalf of Creditor CrossCountry Mortgage LLC mhogan@sspclegal.com, stremonti1@sspclegal.com;LCrowell@sspclegal.com |