# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
Le'Mon Davis
Lisa E. Davis,

Debtors.
_____/

Case No. 24-41932-LSG
Chapter 13
Hon. Lisa S. Gretchko

## STIPULATION RESOLVING TRUSTEE OBJECTIONS TO DEBTOR'S APPLICATION TO EMPLOY NON-BANKRUPTCY ATTORNEY

The undersigned parties agree to the entry of an Order Allowing Debtor(s) to Employ Non Bankruptcy Attorney Benjamin Wilensky for Debtors FRSA claim.

Office of the Chapter 13 Standing
Trustee, David Wm. Ruskin

| /s/ Michelle M. Stephenson | /s/ Bryan Yaldou |
|---|---|
| David Wm. Ruskin (P26803) | Bryan Yaldou (P70600) |
| Attorney and Chapter 13 Standing Trustee | Attorney for Debtor(s) |
| Christopher P. Reilly (P54168) Staff Attorney | 23000 Telegraph Rd., Ste 5 |
| Michelle M. Stephenson (P51653) Staff Attorney | Brownstown, MI. 48134 |
| 26555 Evergreen Rd. Ste 1100 | (734) 692-9200 |
| Southfield, MI. 48076 | bryan@yaldoulaw.com |
| (248) 352-7755 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:
Le'Mon Davis
Lisa E. Davis,

Debtors.
_____/

Case No. 24-41932-LSG
Chapter 13
Hon. Lisa S. Gretchko

## ORDER AUTHORIZING EMPLOYMENT OF NON-BANKRUPTCY ATTORNEY

This matter, having come before the Court upon the Debtor's Motion for Order Authorizing Employment of Non-Bankruptcy Attorney ("Motion"; ECF No 25), regarding Debtor Le'Mon Davis' potential Federal Railroad Safety Act ("FRSA") claims and the Trustee's objection thereto ("Objection"; ECF No 29). The parties have resolved the matter and a stipulation ("Stipulation"; ECF No  ) has been filed consenting to the terms of this Order. The Court has reviewed the Motion, the Objection, and the Stipulation. Based upon the Stipulation, the Court finds cause to enter this Order.

IT IS HEREBY ORDERED that Debtors are authorized to employ Benjamin J. Wilensky (P75302) and the law firm Sommers Schwartz, P.C. (collectively "Attorneys"), to represent either or both of them in claims brought under the FRSA;

IT IS FURTHER ORDERED that Debtors shall file a motion seeking approval of any proposed settlement of the FRSA claims prior to acceptance;

IT IS FURTHER ORDERED that Attorneys must file an application with this Court for approval of any attorney fees and/or reimbursement of costs, and receive approval of same from the Court before any distribution or disbursement occurs. If at any time Debtors terminate the attorney-client relationship with Attorneys, no payment of attorney fees and/or reimbursement of costs may occur except upon Attorneys filing an application with this Court, and receiving approval of same.

SO ORDERED.